JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRA ESPINOZA, | ) | NO. CV 20-8334-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CATE, et al, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 16, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE